AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

Crossed Arrows Services, LLC, a Wyoming limited liability company, d/b/a Wyoming Real Estate School,

*Plaintiff(s)*

v.

The CE Shop, LLC, a Delaware limited liability company,

*Defendant(s)*

Civil Action No. 26-CV-361-KHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corporation Service Company
R/A for The CE Shop, LLC
1900 W Littleton Blvd.
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erin E. Berry and Jacob L. Vogt
Hirst Applegate, LLP
PO Box 1083
Cheyenne, WY 82003
eberry@hirstapplegate.com and jvogt@hirstapplegate.com
(307) 632-0541

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

*CLERK OF COURT*

Date: 11/23/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. ____________________________

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________________
was received by me on *(date)* ____________________ .

❒ I personally served the summons on the individual at *(place)* ____________________________
____________________________ on *(date)* ____________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
____________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________________
____________________________ on *(date)* ____________________ ; or

❒ I returned the summons unexecuted because ____________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________________
*Server's signature*

____________________________
*Printed name and title*

____________________________
*Server's address*

Additional information regarding attempted service, etc: